DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
HERNANDEZ, ERASMO I

Case No. 08-00112-FLK13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $25.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| HERNANDEZ, ERASMO I | 1524 S FAIR AVE #44<br>YAKIMA, WA<br>98901 | $25.00 |

Dated: May 04, 2011

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4876076    5-10-11                    $25.=

08-00112-FLK13   Doc 29   Filed 05/10/11   Entered 05/11/11 09:40:05   Pg 1 of 1